UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTIAN TAMAYO,                )
                                 )
        Plaintiff,              )  Case No.  2:11-cv-01023-KJD-CWH
                                 )
vs.                              )  **ORDER**
                                 )
STATE OF NEVADA, *et al.*,       )
                                 )
        Defendants.             )

     This matter is before the Court on Plaintiff's Motion for an Enlargement of Time (#25), filed February 23, 2012.  Plaintiff requests a 30-day enlargement of time, up to and including March 22, 2012, within which to file a response to Defendants' motion to dismiss. Defendants' have filed a non-opposition.  *See* (#26).  Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Enlargement of Time (#25) is **granted**.  Plaintiff shall file a response to Defendants' motion to dismiss on or before **Thursday, March 22, 2012**.

     DATED this 27th day of February, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**