1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7

CHRISTIAN TAMAYO,                                          )
                                                                          )

8

             Plaintiff,                               )          Case No.  2:11-cv-01023-KJD-CWH
                                                                          )

9

vs.                                                                     )          **ORDER**
                                                                          )

10

STATE OF NEVADA, *et al*.,                             )
                                                                          )

11

             Defendants.                         )

12
_____ )

       This matter is before the Court on Plaintiff's Motion for an Enlargement of Time (#25),

13
14

filed February 23, 2012.  Plaintiff requests a 30-day enlargement of time, up to and including

March 22, 2012, within which to file a response to Defendants' motion to dismiss. Defendants'

15

have filed a non-opposition. *See* (#26).  Accordingly,

16
17

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Enlargement of Time (#25) is

**granted**.  Plaintiff shall file a response to Defendants' motion to dismiss on or before **Thursday,**

18

**March 22, 2012**.

19

      DATED this 27th day of February, 2012.

20
21
22

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

23
24
25
26
27
28